### LONG *v.* THE STATE.

PER CURIAM. The question propounded in this case is identical with the first question propounded in the case of *Long* v. *State*, ante, 292; and the question here propounded is therefore answered in the negative.

*All the Justices concur, except Russell, C. J., and Hill, J., dissenting, and Gilbert, J., absent for providential cause.*

No. 4710. MAY 14, 1925.

Question certified by Court of Appeals (Case No. 15420).

*Orrin Roberts* and *H. H. Chandler,* for plaintiff in error.

*W. O. Dean, solicitor-general,* contra.